AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Stephanie A. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:24-cv-00006 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    This matter is REMANDED to the Social Security Administration under Sentence Four of 42 U.S.C. § 405 (g); and case terminated.

.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Peter B. Silvain, Jr. _____ on a motion for

Joint Motion for Remand

Date:  02/22/2024 _____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*